**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2091**

ALLEN C. SULLIVAN,

Plaintiff - Appellant,

v.

RUDCO SOUTH, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, District Judge.  (6:17-cv-03477-TMC)

Submitted:  February 21, 2019                     Decided:  February 26, 2019

Before DUNCAN, WYNN, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Allen C. Sullivan, Appellant Pro Se.  Sarah Patrick Spruill, HAYNSWORTH, SINKLER & BOYD, PA, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen C. Sullivan appeals the district court's order adopting the magistrate judge's recommendations and granting summary judgment to Rudco South, LLC. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Sullivan's informal brief does not challenge the bases for the district court's disposition, Sullivan has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*